# United States District Court
## For The Western District of North Carolina
## Charlotte Division

James Earhart ,

        Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                         3:10-cv-294

Countrywide Bank, FSB,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2011 Order.

Signed: September 22, 2011

_Frank G. John_

Frank G. Johns, Clerk
United States District Court